

**THE QUINN LAW FIRM**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

# MEMO ENDORSED

April 10, 2019

*Via ECF*

Judge Kenneth M. Karas
U.S. District Courthouse, Southern District
300 Quarropas Street
White Plains, New York 10601

        **Re:**    **United States v. Anthony Marraccini**
                 **Docket No. 19-cr-0042 (KMK)**

Dear Judge Karas:

    I hereby respectfully petition the Court to give the defendant permission to travel to Connelly, New York in Ulster County on Saturday, April 13, 2019. I have spoken with AUSA James McMahon and Andrew Abbot from Pre-Trial Services who have no objection to this request for travel.

    Thank you for your consideration of this request.

                              Very truly yours,

                              Andrew C. Quinn, Esq.

ACQ:jg
cc: AUSA James McMahon
    Andrew Abbot

*Granted.
So Ordered.
KMK
4/12/19*